UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LOUISIANA, et al.,<br>      *Plaintiffs,*<br>   v.<br>DEB HAALAND, in her official capacity as Secretary of the Interior; et al.,<br>      *Defendants.* | Civ. No.: 2:24-cv-00820<br>Judge: James D. Cain, Jr.<br>Mag. Judge: Thomas P. LeBlanc |

## ORDER

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* by Louisiana Mid-Continent Oil and Gas Association, it is hereby ORDERED that the motion is GRANTED. The deadline to file the *Amici Curiae* brief is August 20, 2024, seven days after Federal Defendants file their brief.

THUS DONE AND SIGNED in Chambers this 14th day of August, 2024.

                JAMES D. CAIN, JR.
                UNITED STATES DISTRICT JUDGE