UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| LOUISIANA, et al. | Case No. | 2:24-cv-00820 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | James D. Cain, Jr. |
| DEB HAALAND, in her official capacity as Secretary of the Interior, et al. | Magistrate Judge | Thomas P. LeBlanc |
| Defendant | | |

**ORDER**

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 53];

IT IS ORDERED that the motion is GRANTED, and, accordingly, Ava Ibanez Amador be and is hereby admitted to the bar of this Court pro hac vice on behalf of *Amici Curiae* Center for Biological Diversity, Healthy Gulf, Oceana, and Ocean Conservancy in the above described action.

SO ORDERED at Lake Charles, Louisiana, on this, the 27th day of August, 2024.

_____
THOMAS P. LEBLANC
U.S. Magistrate Judge