## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

STATE OF LOUISIANA ET AL          CASE NO. 2:24-CV-00820

VERSUS          JUDGE JAMES D. CAIN, JR.

DEB HAALAND ET AL          MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES**, and **DECREES** that the Motion Leave to File Motion to Intervene [doc. 39] be **GRANTED** but that the underlying Motion to Intervene be **DENIED**. API's Proposed Memorandum in Opposition [doc. 57] to the Motion for Preliminary Injunction [doc. 6] will instead be considered as an amicus brief.

**THUS DONE AND SIGNED** in Chambers on the 9th day of September, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

-1-