# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-00820 <br><br> Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Thomas P. LeBlanc <br><br> **JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

The parties to this case hereby jointly move the Court to continue the status conference set for March 25, 2025, at 2:00 p.m. (Dkt. 107) for a period of approximately two weeks, to allow the parties time to formalize an agreement that may eliminate the need for further litigation in this case.

Plaintiffs challenge a Final Rule entitled Risk Management and Financial Assurance for OCS Lease and Grant Obligations, 89 Fed. Reg. 31,544 (April 24, 2024) (the "Rule"). Following a change in administration, on January 20, 2025, President Trump issued Executive Order 14154 entitled, *Unleashing American Energy*, 90 Fed. Reg. 8,353 (January 29, 2025), Section 3 of which directs heads of agencies to review existing regulations to identify agency actions that impose "an undue burden on the identification, development, or use of domestic energy resources[.]" On February 3, 2025, Secretary Burgum issued Secretarial Order 3418, also entitled, *Unleashing American Energy*. Section 4(b) of that Order directs agency officials to prepare an "action plan" that will include steps "to suspend, revise, or rescind" the Rule.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Debra Haaland.

1

Defendants are reviewing the Rule and anticipate announcing the efforts they will take to suspend, revise, or rescind the Rule. Counsel have been involved in discussions that would resolve the case without further judicial involvement and anticipate that they will be able to formalize any agreement within one week. It would therefore conserve the resources of the Court and the parties to continue the status conference for approximately two weeks to a time convenient to the Court.

Respectfully submitted this 25th of March 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


*/s/ Katharine Laubach*
KATHARINE LAUBACH (CO Bar #42693)
Trial Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (202) 305-8568
katharine.laubach@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE (ID Bar #4759)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Paul.Turcke@usdoj.gov
Phone: (202) 532-5994

*Attorneys for Defendants*

/s/Tyler R. Green
Tyler R. Green (admitted pro hac vice)
Jeffrey S. Hetzel (admitted pro hac vice)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

FAIRCLOTH MELTON SOBEL & BASH, LLC
Jimmy R. Faircloth, Jr. (La. #20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton (La. #27956)
bmelton@fairclothlaw.com
Mary Katherine Price (La. #38576)
kprice@fairclothlaw.com
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

Stephen C. Dwight (La. #28345)
stephen@dwightlaw.com
DWIGHT LAW FIRM, LLC
P.O. Box 2186
Lake Charles, Louisiana 70602
Telephone: (337) 802-1516

*Counsel for Louisiana Oil & Gas Association, Gulf Energy Alliance, Independent Petroleum Association of America, and U.S. Oil & Gas Association*

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ Zachary Faircloth
Zachary Faircloth (La. #39875)
Principal Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 421-4088
FairclothZ@ag.lousisiana.gov

*Counsel for the State of Louisiana*

3

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
JAMES LLOYD
Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

/s/ Wesley S. Williams
WESLEY S. WILLIAMS (admitted pro hac vice)
Assistant Attorney General
Wesley.Williams@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for the State of Texas*

LYNN FITCH
Attorney General of Mississippi

/s/ Justin L. Matheny
Justin L. Matheny (admitted pro hac vice)
Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the **JOINT MOTION TO CONTINUE STATUS CONFERENCE** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

/s/ Paul A. Turcke
PAUL A. TURCKE

4