# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | Case No. 2:24-cv-00820 |
| Plaintiffs, | |
| v. | Hon. Judge James D. Cain, Jr. |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, | Hon. Magistrate Judge Thomas P. LeBlanc |
| Defendants. | |

## **ORDER**

Upon consideration of the Joint Motion to Continue Status Conference, it is hereby ORDERED that the motion is GRANTED. The status conference presently set for March 25, 2025, shall be continued and be conducted before the undersigned by telephone at ____ on April __, 2025.

THUS DONE AND SIGNED in Chambers this ____ day of March, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE