# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,[1]<br><br>      Defendants. | Case No. 2:24-cv-00820<br><br>Hon. Judge James D. Cain, Jr.<br><br>Hon. Magistrate Judge Thomas P. LeBlanc<br><br>**JOINT MOTION TO STAY PROCEEDINGS** |

The parties to this case hereby jointly move the Court to stay further proceedings in this litigation, and to vacate the status conference set for April 8, 2025 (Dkt. 109).

Plaintiffs challenge a Final Rule entitled, Risk Management and Financial Assurance for OCS Lease and Grant Obligations, 89 Fed. Reg. 31,544 (April 24, 2024) (the "Rule"). Following a change in administration, on January 20, 2025, President Trump issued Executive Order 14154 entitled, *Unleashing American Energy*, 90 Fed. Reg. 8,353 (January 29, 2025), Section 3 of which directs heads of agencies to review existing regulations to identify agency actions that impose "an undue burden on the identification, development, or use of domestic energy resources[.]" On February 3, 2025, Secretary Burgum issued Secretarial Order 3418, also entitled, *Unleashing American Energy*, a copy of which is attached hereto as Exhibit 1. Section 4(b) of that Order directs agency officials to prepare an "action plan" that will include steps "to suspend, revise, or rescind" the Rule.

Defendants are reviewing the Rule and anticipate announcing the efforts they will take to suspend, revise, or rescind the Rule. Counsel for the parties agree that it would be

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Debra Haaland.

1

appropriate to stay further litigation over the existing Rule, provided that during the pendency of any such stay in the litigation, Defendants, consistent with their discretion under the Rule, agree not to seek supplemental financial assurance except in the case of (a) sole liability properties; and (b) those non-sole liability properties that are held by owners who are not financially strong (as described by the Rule) and that have no co-owners or predecessors who are financially strong (i) that are inactive, (ii) where the production end of life is fewer than five years, or (iii) with damaged infrastructure, regardless of the remaining property life of the surrounding producing assets.  By agreeing to these terms for this stay, Plaintiffs do not waive any right to challenge these or any terms in this litigation or in future proceedings or rulemakings related to financial assurance.

    The proposed stay of litigation involving the existing Rule will conserve the resources of the Court and the parties, and is in the public interest.  Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").  It makes little sense to conduct further litigation when new leadership at the Department of the Interior is in the process of determining how to take further action on the Rule to address the Executive Order and the Secretarial Order.  Defendants agree to provide status reports at ninety-day intervals, and upon publication in the Federal Register of a proposed rule or final rule affecting the Rule.

Respectfully submitted this 7th of April 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Katharine Laubach*
        KATHARINE LAUBACH (CO Bar #42693)
        Trial Attorney
        Natural Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Telephone: (202) 305-8568
        katharine.laubach@usdoj.gov

        */s/ Paul A. Turcke*
        PAUL A. TURCKE (ID Bar #4759)
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        Paul.Turcke@usdoj.gov
        Phone: (202) 532-5994

        *Attorneys for Defendants*

        /s/ Tyler R. Green (with permission)
        Tyler R. Green (admitted pro hac vice)
        Jeffrey S. Hetzel (admitted pro hac vice)
        CONSOVOY MCCARTHY PLLC
        222 S. Main Street, 5th Floor
        Salt Lake City, UT 84101
        (703) 243-9423
        tyler@consovoymccarthy.com

        FAIRCLOTH MELTON SOBEL & BASH, LLC
        Jimmy R. Faircloth, Jr. (La. #20645)
        jfaircloth@fairclothlaw.com
        Barbara Bell Melton (La. #27956)
        bmelton@fairclothlaw.com
        Mary Katherine Price (La. #38576)
        kprice@fairclothlaw.com
        Alexandria, Louisiana 71303
        Telephone: (318) 619-7755
        Facsimile: (318) 619-7744

Stephen C. Dwight (La. #28345)
stephen@dwightlaw.com
DWIGHT LAW FIRM, LLC
P.O. Box 2186
Lake Charles, Louisiana 70602
Telephone: (337) 802-1516

*Counsel for Louisiana Oil & Gas
 Association, Gulf Energy Alliance,
 Independent Petroleum Association of
 America, and U.S. Oil & Gas Association*

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ Zachary Faircloth (with permission)
Zachary Faircloth (La. #39875)
Principal Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 421-4088
FairclothZ@ag.lousisiana.gov

*Counsel for the State of Louisiana*

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

/s/ Wesley S. Williams (with permission)
WESLEY S. WILLIAMS (admitted pro hac
 vice)
Assistant Attorney General
Wesley.Williams@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
 OF TEXAS
ENVIRONMENTAL PROTECTION
 DIVISION
P.O. Box 12548, MC-066

4

        Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for the State of Texas*

LYNN FITCH
Attorney General of Mississippi

<u>/s/ Justin L. Matheny (with permission)</u>
Justin L. Matheny (admitted pro hac vice)
Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2025, I electronically filed the **JOINT MOTION TO STAY PROCEEDINGS** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

        <u>/s/ Paul A. Turcke</u>
        PAUL A. TURCKE