# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00820<br><br>Hon. Judge James D. Cain, Jr.<br><br>Hon. Magistrate Judge Thomas P. LeBlanc<br><br>**DEFENDANTS' STATUS REPORT** |

In accordance with the Court's Order, Dkt. 116, Defendants Doug Burgum, Secretary of the Interior, *et al.*, provide the following status report.

As previously reported, Defendants are "proceed[ing] with development of a new rule that is consistent with the Trump administration's 2020 proposed regulatory framework" which will replace the rule challenged in this litigation entitled, Risk Management and Financial Assurance for OCS Lease and Grant Obligations, 89 Fed. Reg. 31,544 (April 24, 2024). *See* https://www.doi.gov/pressreleases/interior-department-update-offshore-financial-assurance-rule-support-future-energy (last viewed Dec. 4, 2025). While the Department of the Interior advised it expected "to finalize the rule in 2025," *id.*, the final rule has not yet issued. Still, a final rule may still issue in 2025 or early 2026 and Defendants continue to maintain that it is appropriate to stay further litigation over the 2024 Rule. *See* Joint Mot. to Stay Proceedings, Dkt. 110. Consistent with the Court's prior orders, Defendants agree to provide a status report within 120 days or upon issuance of a final rule, whichever occurs first.

Counsel have conferred and Plaintiffs do not oppose continuing the stay on the proposed terms.

Respectfully submitted this 4th of December 2025.

1

        ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Katharine Laubach*
KATHARINE LAUBACH (CO Bar #42693)
Trial Attorney
Natural Resources Section
999 18th Street, Suite 600, North Terrace
Denver, CO 80202
Telephone: (202) 305-8568
katharine.laubach@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE (ID Bar #4759)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Telephone: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the **DEFENDANTS' STATUS REPORT** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

        */s/ Paul A. Turcke*
        PAUL A. TURCKE