UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00820 <br><br> Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Thomas P. LeBlanc |

## ORDER

Upon consideration of Defendants' Status Report, it is hereby ORDERED that this matter shall continue to be STAYED. Defendants are directed to file a status report upon issuance of a final rule or within 120 days after the issuance of this order, whichever occurs first.

THUS DONE AND SIGNED in Chambers this 10th day of December 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1