**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | |
| Plaintiffs, | Case No. 2:24-cv-00820 |
| v. | Hon. Judge James D. Cain, Jr. |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, | Hon. Magistrate Judge Thomas P. LeBlanc |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of Defendants' Status Report and Unopposed Motion to Continue Stay of Proceedings, it is hereby ORDERED that this matter shall continue to be STAYED. Defendants are directed to file a status report upon issuance of a final rule or within 120 days after the issuance of this order, whichever occurs first.

THUS DONE AND SIGNED in Chambers this 10th day of April 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1